**E-FILED on**    3/30/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROULETTE DEALERSHIP GROUP OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL COMPUTER SERVICES INC., *et al.*, <br><br> Defendants. | No. C-03-04601 RMW <br><br> ORDER DISMISSING CASE |

The court previously granted defendants' motion to compel arbitration of this case. [Docket No. 17]. Plaintiff's counsel has advised the court that the matter has been resolved via arbitration in favor of defendants. Accordingly, the court hereby dismisses the case.

DATED:    3/30/07

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—C-03-04601 RMW
SPT

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

M. Gregg McKerroll     gmckerroll@pritchardandkay.com

**Counsel for Defendants:**

Michael Scott Houske    mhouske@whitecase.com
Robert P. Pongetti      rpongetti@whitecase.com
John A. Sturgeon        jsturgeon@whitecase.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/30/07                              SPT
                                         **Chambers of Judge Whyte**

ORDER DISMISSING CASE—C-03-04601 RMW
SPT                                         2